IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEVIN A. TOLLIVER,**

    **Plaintiff,**

vs.                                    **Case No.: 2:17-cv-806**
                                         **JUDGE GEORGE C. SMITH**
                                         **Magistrate Judge Jolson**

**REGIONAL DIRECTOR**
**ROBERT JEFFRIES,** *et al.*,

    **Defendants.**

## **ORDER**

On January 24, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this case be stayed pending resolution of Plaintiff's appeal of *Tolliver v. Noble, et al.*, No. 2:16-cv-1020. (*See Report and Recommendation*, Doc. 9). The parties were advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby **STAYED** pending resolution of Plaintiff's appeal of *Tolliver v. Noble, et al.*, No. 2:16-cv-1020.

The Clerk shall remove Document 9 from the Court's pending motions list and enter a stay in this case.

       **IT IS SO ORDERED**.

                                                 */s/ George C. Smith*
                                                 **GEORGE C. SMITH, JUDGE**
                                                 **UNITED STATES DISTRICT COURT**